UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE WILLIAMS, | ) | 1:07-CV-0405 OWW DLB (PC) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #8) |
| K. CANNON, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 3, 2007, plaintiff filed a motion to extend time to comply with this Courts order filed April 11, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to comply with this Court's order filed April 11, 2007.

IT IS SO ORDERED.

Dated: **June 13, 2007**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE